

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2020

No. 04-19-00188-CR

Hardy Burl **PURVIS IV**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0050-CR-B
Honorable William Old, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief is due on February 18, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court